UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNEL W. MORGAN,<br>Petitioner<br>v.<br>M.E. SPEARMAN, WARDEN,<br>Respondent. | Case No. CV 15-3704-DOC (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order: Summarily Denying and Dismissing Petition With Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: May 21, 2015.

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE